**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

NOV 21 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHARLES A. HAMM, | No. 17-55605 |
| Plaintiff-Appellant, | D.C. No. 2:16-cv-08381-PSG-AJW |
| v. | |
| VENTURA DEPARTMENT OF CHILD SUPPORT SERVICES; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Central District of California
Philip S. Gutierrez, District Judge, Presiding

Submitted November 15, 2017**

Before:     CANBY, TROTT, and GRABER, Circuit Judges.

Charles A. Hamm appeals pro se from the district court's order dismissing

his 42 U.S.C. §1983 action after denying his application for leave to proceed in

forma pauperis ("IFP").  We have jurisdiction under 28 U.S.C. § 1291.  We review

for an abuse of discretion, *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(9th Cir. 1987), and we affirm.

The district court did not abuse its discretion in denying Hamm's IFP application because Hamm failed to make a sufficient showing of indigency. *See* 28 U.S.C. § 1915(a) (IFP statute); *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) (a plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty (citation and internal quotation omitted)).

**AFFIRMED.**

17-55605